# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RENEE MARTIN, | |
| Plaintiff, | Case No. 1:17-cv-04064 |
| v. | Honorable John R. Blakey |
| CENTRAL CREDIT SERVICES, LLC | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RENEE MARTIN, and the Defendant, CENTRAL CREDIT SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CENTRAL CREDIT SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 4, 2017                                        Respectfully Submitted,

| **RENEE MARTIN** | **CENTRAL CREDIT SERVICES, LLC** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Morgan I. Marcus (*with consent*) |
| Nathan C. Volheim | Morgan I. Marcus |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Sessions Fishman Nathan & Israel |
| 2500 S. Highland Avenue, Suite 200 | 120 South LaSalle Street, Suite 1960 |
| Lombard, Illinois 60148 | Chicago, IL 60603 |
| Phone: (630) 575-8181 | Phone: (312) 578-0985 |
| Fax :(630) 575-8188 | mmarcus@sessions.legal |
| nvolheim@sulaimanlaw.com | |